IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA,<br><br>    Defendant. | CIVIL ACTION NO. 4:18-cv-766-ALM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS PANASONIC**

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Panasonic Corporation of North America ("Panasonic") have resolved American's claims for relief against Panasonic asserted in this case.

NOW, THEREFORE, American and Panasonic, through their attorneys of record, request this Court to dismiss all claims asserted by American against Panasonic with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: August 5, 2019

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com

Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

*Attorneys for American Patents LLC*


/s/ Joseph M. Casino
Joseph M. Casino
Michael J. Kasdan
437 Madison Avenue 35th Floor
New York, NY 10022
212.551.2600

Trey Yarbrough
Bar No. 22133500
Dallas W. Tharpe
Bar No. 24052036
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax:  (903) 595-0191
trey@yw-lawfirm.com
dallas@yw-lawfirm.com

1

Attorneys for Defendant
PANASONIC CORPORATION OF
NORTH AMERICA

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 5, 2019.

                                                        */s/Zachariah S. Harrington*
                                                         Zachariah S. Harrington